**John RUDISH, Plaintiff–Appellant**

v.

**INTERNATIONAL UNION OF OPER-ATING ENGINEERS, LOCAL 234; International Union of Operating Engineers, Defendants–Appellees.**

No. 14–2345.

United States Court of Appeals, Eighth Circuit.

Submitted: March 16, 2015.

Filed: March 19, 2015.

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

John Rudish appeals from the order of the District Court[1] granting summary judgment to the defendants on remand in his Labor Management Reporting and Disclosure Act action against the International Union of Operating Engineers (IUOE) and IUOE Local 234. After de novo review of the additional materials the parties offered on remand, *see Rochling v. Dep't of Veterans Affairs*, 725 F.3d 927, 937 (8th Cir.2013), and careful consideration of the matters Rudish raises on appeal, we affirm the judgment of the District Court, *see* 8th Cir. R. 47B.

---

1. The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.